IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | Case No. 1:14-cv-01748 <br><br> MDL No. 2545 <br><br> Honorable Matthew F. Kennelly |
| THIS DOCUMENT RELATES TO:<br><br>Case Number: 1:16-cv-00810<br>Bergmayr v. AbbVie Inc. et al | |

**STIPULATION OF DISMISSAL**
**WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff TIMOTHY BERGMAYR and counsel for Defendants ABBVIE INC, ABBOTT LABORATORIES, and UNIMED PHARMACEUTICALS LLC, pursuant to Rule 41(a)(I)(A)(ii) of the Federal Rules of Civil Procedure, that any and all claims and counterclaims which were or could have been asserted by and between these parties, against one another, are hereby dismissed without prejudice and without costs or attorneys' fees to any party.

Dated: September 2, 2016

| For the Defendants<br>**DECHERT LLP** | For the Plaintiff<br>**BRANCH LAW FIRM** |
|---|---|
| By: /s/ *Katherine Unger*<br>Katherine Unger<br>2929 Arch St., Cira Centre<br>Philadelphia, PA 19104-2808<br>215-994-2015 – Telephone<br>215-994-2222 – Fax<br>Katherine.ungerdavis@dechert.com | By: /s/ *Margaret M. Branch*<br>Margaret M. Branch, Esq.<br>2025 Rio Grande Blvd. NW<br>Albuquerque, NM 87104<br>505-243-3500 – Telephone<br>505-243-3534 – Facsimile<br>mbranch@branchlawfirm.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2016, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ *Katherine Unger*